# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**WILLIE BELL,**

    **Petitioner,**

v.

**WARDEN, LONDON CORRECTIONAL INSTITUTION,**

    **Respondent.**

Case No. 1:19-cv-37
JUDGE DOUGLAS R. COLE
Magistrate Judge Litkovitz

## ORDER

This cause comes before the Court on the Magistrate Judge's January 13, 2020, Report and Recommendation ("R&R") (Doc. 12) recommending this Court dismiss the Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition") (Doc. 1) with prejudice. The R&R advised Petitioner that a failure to object within the 14 days specified by the R&R may result in forfeiture of rights on appeal, which includes the right to District Court review. (*See* Doc. 12, #187). *See also Thomas v. Arn*, 474 U.S. 140, 149–53 (1985) ("There is no indication that Congress, in enacting § 636(b)(1)(C), intended to require a district judge to review a magistrate's report to which no objections are filed."); *Berkshire v. Beauvais*, 928 F.3d 520, 530–31 (6th Cir. 2019) (noting "*fail[ure] to file* an objection to the magistrate judge's R&R ... is forfeiture, not waiver") (emphasis original); 28 U.S.C. § 636(b)(1)(C). The time for filing objections has passed and none have been filed.

Therefore, the Court **ADOPTS** the Report and Recommendations, **DISMISSES** the Petition **with PREJUDICE**, and **DIRECTS** the Clerk to enter judgment accordingly.

**SO ORDERED.**

<u>February 13, 2020</u>
**DATE**

_____
**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**